**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOURDAN WAYNE DELAROSA,

Plaintiff,

v.

JESUS TAPIA,

Defendant.

No. 2:26-cv-2680-DJC-ICD-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On August 7, 2026, the Court directed Plaintiff to resolve the fee status for this case within 30 days. ECF No. 8. Plaintiff was warned that failure to resolve the fee status may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. *See* E.D. Cal. L.R. 110. As of September 18, 2026, Plaintiff had not complied and the Court issued findings and recommendations that this action be dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders. ECF No. 12. On November 5, 2026, Plaintiff filed a motion for leave to proceed in forma pauperis. ECF No. 14. Good cause appearing, and in light of Plaintiff's belated compliance with the August 7, 2026, order, the findings and recommendations issued on September 18, 2026, are VACATED. Plaintiff's motion for leave to proceed in forma pauperis will be addressed by separate order.

IT IS SO ORDERED.

Dated: November 18, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE